AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PRESKA  LORETTA  A. | UNITED STATES DISTRICT CT  SDNY | 4/5/10 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| USDJ - ACTIVE | ☐ Nomination, Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 1/1/09 to 12/31/09 |

**7. Chambers or Office Address**
US COURT HOUSE
ROOM 1320
500 PEARL STREET
NY NY 10007

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

---

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. VICE PRESIDENT | FORDHAM LAW ALUMNI ASSOCIATION |
| 2. CO-TRUSTEE / TRUSTEE | TRUSTS # 7 AND # 11 |
| 3. ADVISORY BOARD | FEDERALIST SOCIETY, NY CHAPTER |
| 4. TRUSTEE | FORDHAM UNIVERSITY |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Preska, Loretta A.

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 4/5/10 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | SELF EMPLOYED LAWYER |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SEE | SCHEDULE | A Attached | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## Schedule A to 2009 Financial Disclosure Report for Loretta A. Preska

| | |
|---|---|
| Jan. 28 | NY State Bar Assoc. Fuld Award (lunch) |
| Feb. 11 | Fordham Law School Lecture by Mary Jo White (tea) |
| Feb. 12 | Fordham Univ. Board of Trustees Mtg. (lunch) |
| Apr. 1 | Debate at West Point (dinner) |
| Apr. 2 | Federalist Society Presentation at NYU (lunch) |
| Apr. 2 | Fordham Law School Scholarship reception (cocktails) |
| Apr. 6 | NY Fair Trial Free Press conf. at NYU (dinner) |
| Apr. 14 | Shearman & Sterling Litigation Mtg. (lunch) |
| Apr. 15 | White House Fellows Panel (dinner) |
| Apr. 16 | White House Fellows Interviews (lunch) |
| Apr. 16 | Fordham Law Review (dinner) |
| Apr. 23 | Fordham Univ. Board of Trustees Mtg. (lunch/dinner) |
| Apr. 24 | NY County Lawyers' Assoc. Capozzoli Award (lunch) |
| Apr. 28 | Sprizzo Award to Judge Mukasey at Loeb Boathouse (dinner) |
| Apr. 30 | Federal Bar Council Law Day at Waldorf (dinner) |
| June 16 | NY County Lawyers' Assoc. Fed. Courts Cte. Presentation (dinner) |
| June 30 | Federalist Society Summer Associate Reception (cocktails) |
| July 8 | NY County Lawyers' Assoc. Lunch w/ Judge Program (lunch) |
| July 9 | Sentencing Commission Mtg. at Fraunces Tavern (dinner) |
| July 17 | "Going Senior" Party for Judge Sack (lunch) |
| Sept. 21 | Federalist Society – Moderator at Fordham (dinner) |
| Sept. 22 | Federalist Society – Moderator at Fordham (lunch) |
| Sept. 23 | Kenyon & Kenyon Womens' Symposium (dinner) |
| Sept. 24 | Fordham University Board of Trustees Mtg. (lunch) |
| Sept. 30 | Federal Bar Council Clerk Reception (cocktails) |
| Oct. 2 | Fordham Law School Conf. on Global Financial Markets (lunch) |
| Oct. 5 | Brennan Center First Monday in October at NYU (cocktails) |
| Oct. 13 | Swearing in US Attorney Preet Bharara (cocktails) |
| Oct. 14 | Fordham Law School Corp. Counsel Mtg. (dinner) |
| Oct. 29 | NY County Federal Courts Cte. Mtg. honoring Judge Lynch (lunch) |
| Nov. 3 | Fordham Law School Corp. Law Ctr. Program – Dean Treanor (lunch) |
| Nov. 3 | Fordham University Archbishop Hughes (dinner) |
| Nov. 4 | Memorial Service at Arlington Cemetery for Judge Conner (lunch) |
| Nov. 5 | Memorial Service at Courthouse for Judge Conner (cocktails) |
| Nov. 30 | Memorial Service at Courthouse for Judge Kram (cocktails) |
| Dec. 1 | PLI Trial By Jury (dinner) |
| Dec. 3 | Fordham University Board of Trustees Mtg. (lunch/dinner) |
| Dec. 7 | Fordham University Presidential Reception (cocktails) |
| Dec. 15 | NY County Lawyers' Assoc. Annual Mtg. at Waldorf (dinner) |
| Dec. 16 | US Attorneys Office Holiday Party (cocktails) |
| Dec. -- | Various Judges' and Court Units' Holiday Parties (cocktails) |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA , LORETTA A - | 4/5/10 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. GLEN RIVERGARY | COWBOY HAT | $250 + |
| 2. FAMILY OF HON SHIRLEY UEHL KRAM, USDJ, Dec'd | ANTIQUE BROOCH | $250 + |
| 3. C. EDMONS ALLEN | BOOK | $25 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRRSICA, LORATTA A. | 4/5/10 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank A/c | A | INT | J | T | | | | | |
| 2. Trust #1 | D | Div/Int | N | T | | | | | |
| 3. – Fidelity NY Muni MMF | | | | | | | | | |
| 4. – Promissory Notes | | | | | | | | | |
| 5. – STP Midcap Deposit Receipts | | | | | | | | | |
| 6. – Fidelity Contrafund | | | | | | | | | |
| 7. – American Growth Fund | | | | | | | | | |
| 8. Trust #2 | D | Div/Int | N | T | | | | | |
| 9. – Fidelity NY Muni MMF | | | | | | | | | |
| 10. – Promissory Notes | | | | | | | | | |
| 11. – STP Midcap Deposit Receipts | | | | | | | | | |
| 12. – American Growth Fund | | | | | | | | | |
| 13. – Baron Growth Fund | | | | | | | | | |
| 14. Trust #3 | C | DIV | N | T | | | | | |
| 15. – STP Midcap Deposit Receipts | | | | | | | | | |
| 16. – Fidelity NY Muni MMF | | | | | | | | | |
| 17. – Fidelity Contrafund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 4/5/10 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18 — Raton Vance Large Cap Fund | | | | | | | | | |
| 19 — MFCR Total Return Fund | | | | | | | | | |
| 20 — Turney Brown Global Fund | | | | | | | | | |
| 21 Trust #4 | C | Div | N | T | | | | | |
| 22 — SFF Midcap Derivative Account | | | | | | | | | |
| 23 — Fidelity NY Muni MMF | | | | | | | | | |
| 24 — Baron Growth Fund | | | | | | | | | |
| 25 — American Growth Fund | | | | | | | | | |
| 26 — Raton Vance LC Cap Fund | | | | | | | | | |
| 27 — RUTG Total Return Fund | | | | | | | | | |
| 28 — Turney Brown Global Fund | | | | | | | | | |
| 29 Trust #6 | C | Div | L | T | | | | | |
| 30 — NWML Whole Life | | | | | | | | | |
| 31 Trust #7 | D | Div | N | T | | | | | |
| 32 — Evlico Additional Life | | | | | | | | | |
| 33 — Neal Annuity | | | | | | | | | |
| 34 — NWML Whole Life | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRASKA , Loretta A. | 4/5/10 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35 - NW UNION LIFE | | | | | | | | | |
| 36 TRUST # 8 | | NONE | N | T | | | | | |
| 37 - SUN LIFE UNIVERSAL LIFE | | | | | | | | | |
| 38 - NYL UNIVERSAL LIFE | | | | | | | | | |
| 39 TRUST # 9 | | NONE | P1 | T | | | | | |
| 40 - SUN UNIVERSAL LIFE | | | | | | | | | |
| 41 IRA # 1 | R | DIV | P1 | T | | | | | |
| 42 - FIDELITY CASH RESERVES | | | | | | | | | |
| 43 - TWEEDY BROWNE GLOBAL VALUE FUND | | | | | | | | | |
| 44 - DODGE + COX INTNL STK FUND | | | | | S | 3/9 | M | | |
| 45 - BARON GROWTH FUND | | | | | | | | | |
| 46 - PUTCA TOTAL RETURN FUND | | | | | | | | | |
| 47 - FIDELITY UST MMF | | | | | | | | | |
| 48 - LOOMIS SAYLES INV GRADE BOND FUND | | | | | B | 2/17 | M | | |
| 49 | | | | | S | 3/10 | O | D | |
| 50 - J. SHARES INV GRADE BOND FUND | | | | | S | 3/6/10 | M | | |
| 51 | | | | | S | 3/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Column C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORNA A. | 4/5/10 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52 IRA #2 | A | DIV | M | T | | | | | |
| 53 – BARON GROWTH FUND | | | | | | | | | |
| 54 – FIDELITY CONTRA FUND | | | | | | | | | |
| 55 – FIDELITY CASH RESERVES | | | | | | | | | |
| 56 – FIDELITY UST MMF | | | | | | | | | |
| 57 IRA #3 | B | DIV | M | T | | | | | |
| 58 – ROYCE TOTAL RETURN FUND | | | | | | | | | |
| 59 – FIDELITY CASH RESERVES | | | | | | | | | |
| 60 IRA #4 | D | DIV | O | T | | | | | |
| 61 – FIDELITY CASH RESERVES | | | | | | | | | |
| 62 – DODGE & COX INTNL STK FUND | | | | | S | 3/9 | K | | |
| 63 – TURKEY BROWNE GLOBAL VALUE FUND | | | | | | | | | |
| 64 – AMERICAN GROWTH FUND | | | | | | | | | |
| 65 – FIDELITY UST MMR | | | | | | | | | |
| 66 LAW FIRM RETIREMENT PLC | D | DIV | P1 | T | | | | | |
| 67 – FIDELITY CONTRA FUND | | | | | | | | | |
| 68 – BARON GROWTH FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARSKA, LORETTA A | 4/5/10 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69 – FIDELITY CASH RESERVES | | | | | | | | | |
| 70 – ROYCE TOTAL RETURN FUND | | | | | | | | | |
| 71 LOW PRI COMPAN Ac+ INT cd N/A | | NONE | P₁ | W | | | | | |
| 72 FORMIT CITY INVESTMENT PARTNERS | A | K-1 | J | W | | | | | |
| 73 NYS MUNI BONDS | C | INT | M | T | B | 12/10 | L | | |
| 74 NYC MUNI BONDS | D | INT | M | T | | | | | |
| 75 CITIBANK ACCOUNTS | D | INT | P₁ | T | | | | | |
| 76 IRA #5 | A | DIV | K | T | | | | | |
| 77 – VANGUARD MID CAP INDEX FUND | | | | | | | | | |
| 78 – BARON GROWTH FUND | | | | | | | | | |
| 79 – FIDELITY CASH RESERVES | | | | | | | | | |
| 80 – STC MIDCAP DEPOSIT ACCOUNTS | | | | | | | | | |
| 81 IRA #6 | A | DIV | K | T | | | | | |
| 82 – VANGUARD MID CAP INDEX FUND | | | | | | | | | |
| 83 – FIDELITY CASH RESERVES | | | | | | | | | |
| 84 – STC MIDCAP DEPOSIT ACCOUNTS | | | | | | | | | |
| 85 – BARON GROWTH FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA. LORETTA A. | 4/5/10 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86 FL MUNI BONDS | R | INT | O | T | B | 12/18 | L | | |
| 87 | | | | | B | 12/20 | L | | |
| 88 MYT BANK ACCOUNTS | A | INT | M | T | | | | | |
| 89 LA MUM BONDS | C | INT | L | T | | | | | |
| 90 TX MUM BONDS | E | INT | O | T | B | 12/22 | L | | |
| 91 SC MUNI BONDS | C | INT | K | T | | | | | |
| 92 LA MUM BONDS | R | INT | N | T | | | | | |
| 93 MN MUNI BONDS | B | INT | K | T | | | | | |
| 94 PA MUNI BONDS | C | INT | M | T | B | 12/10 | L | | |
| 95 IL MUNI BONDS | R | INT | O | T | B | 12/17 | L | | |
| 96 MA MUNI BONDS | D | INT | M | T | | | | | |
| 97 AL MUNI BONDS | C | INT | M | T | B | 12/11 | L | | |
| 98 KY MUNI BONDS | C | INT | L | T | | | | | |
| 99 HA MUNI BONDS | C | INT | L | T | | | | | |
| 100 IN MUNI BONDS | D | INT | N | T | | | | | |
| 101 WI MUNI BONDS | D | INT | M | T | | | | | |
| 102 AK MUNI BONDS | C | INT | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presra, Linetta A | 5/5/10 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.03 MI Muni Bonds | D | IM | M | T | | | | | |
| 2.04 SP Mun Bonds | C | IM | L | T | | | | | |
| 3.05 Intrgru Common Stk | | None | N | T | | | | | |
| 4.06 DL Muni Bonds | C | INT | L | 7 | | | | | |
| 6.07 NV Mon Bonds | B | IM | L | T | | | | | |
| 8.08 Trust #10 | E | Div | P1 | 7 | | | | | |
| 8.09 — STP Midcup 400 Spdns | | | | | | | | | |
| 810 — Fidelity Muni MM | | | | | | | | | |
| 0.11 — Eazon Vonce LC Cif Fund | | | | | | | | | |
| 12.2 — Vanguard Intarmanita Bond Fund | | | | | | | | | |
| 11.3 — Pidulty DX Frag Bond Fund | | | | | S | 5/26 | N | E | |
| 12.4 — Vanguard LTD Tran Bond Fund | | | | | B | 2/17 | L | | |
| 13.5 | | | | | B | 2/20 | M | | |
| 11.6 DC Muni Bonds | D | IM | M | 7 | B | 12/10 | L | | |
| 15.7 OH Muni Bonds | D | INT | N | T | | | | | |
| 16.8 Irofsmora Common Stk | | None | M | T | | | | | |
| 11.9 Trust #011 | B | Div | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARSKA, LORETTA A. | 4/5/00 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120 — STP MIDCAP 400 SPDRS | | | | | | | | | |
| 121 — FIDALITY MMF | | | | | | | | | |
| 122 — ROTON VONCA LG CIP FUND | | | | | | | | | |
| 123 WESTERN ASSET GOVT MM | B | DIV | N | T | | | | | |
| 124 FIDELITY UST MMF | A | DIV | B | T | | | | | |
| 125 TRUST # 12 | A | DIV | N | T | | | | | |
| 126 — 1 SHARES CURP DEVP FUND | | | | | B | 2/25 | N | | |
| 127 | | | | | S | 3/5 | N | | |
| 128 — L+S INVESTMENT CORP2 DEVP FUND | | | | | B | 2/26 | M | | |
| 129 ▬▬▬▬▬ | | | | | S | 2/28 | M | | |
| 130 — FIDELITY MMF | | | | | B | 3/17 | N | | |
| 131 CO MUNI BONDS | C | INT | L | T | B | 12/10 | L | | |
| 132 ND MUNI BONDS | A | INT | L | T | B | 12/24 | L | | |
| 133 | | | | | | | | | |
| 134 | | | | | | | | | |
| 135 | | | | | | | | | |
| 136 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAASKA, Loretta A | 4/5/10 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

MY FDR DATED 5/10/09 FOR CY 2008 AT ITEM
VIII, LINE 129, MISTAKENLY LISTED "FIDELITY UST MMF"
WHICH IN FACT WAS DISPOSED OF IN 2008. THE CORRECT
ENTRY ON MY FDR FOR 2008 SHOULD HAVE BEEN AS FOLLOWS

| | | | | |
|---|---|---|---|---|
| 129 — FIDELITY UST MMF | B | 3/20 | O | |
| 130 | B | 3/21 | K | |
| 131 | S | 10/30 | O | D |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A | 4/5/10 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544